UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO BRIHM,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about February 6, 2024, in the Southern District of Ohio, the defendant, **LORENZO BRIHM**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Smith & Wesson, Model M&P 40 Shield, .40 caliber pistol, bearing serial number HKR0752, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of any offense alleged in this Indictment, the defendant, **LORENZO BRIHM**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Smith & Wesson, Model M&P 40 Shield, .40 caliber pistol, bearing serial number HKR0752; and

- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

/s/ foreperson
FOREPERSON

**KELLY A. NORRIS**
**Acting United States Attorney**

*[signature]*
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**